UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SABBY VOLATILITY WARRANT MASTER
FUND, LTD.,

        Plaintiff,

  - against -

PARETEUM CORPORATION, ROBERT H.
TURNER, EDWARD O'DONNELL, DENIS
MCCARTHY, VICTOR BOZZO, ROBERT
LIPPERT, YVES VAN SANTE, and
LUIS JIMENEZ-TUNON,

        Defendants.
-----------------------------------X

**O R D E R**

19 Civ. 10460 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The Initial Pretrial Conference that previously was scheduled for February 25, 2020, see ECF No. 15, is hereby cancelled.

Dated:    New York, New York
           February 5, 2020

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE