UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SABBY VOLATILITY WARRANT MASTER : 
FUND, LTD., : Case No. 1:19-cv-10460-AKH
 :
                Plaintiff, :
 :
    v. : **ORDER**
 :
PARETEUM CORPORATION, ROBERT H. :
TURNER, EDWARD O'DONNELL, DENIS :
MCCARTHY, VICTOR BOZZO, ROBERT :
LIPPERT, YVES VAN SANTE, and LUIS :
JIMENEZ-TUNON, :
 :
                Defendants. :
------------------------------------- X

    By order of this Court, Plaintiff had until October 31, 2021 to file amended pleadings without leave of Court, and pursuant to FED. R. CIV. P. 6(a)(1)(C) that deadline was extended to November 1, 2021. Plaintiff timely filed its Amended Complaint on November 1, 2021.

    **IT IS SO ORDERED**

Dated: New York, New York  
November 4, 2021

                                      /s/ Alvin K. Hellerstein  
                                  THE HONORABLE ALVIN K. HELLERSTEIN  
                                  United States District Judge