UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
SABBY VOLATILITY WARRANT MASTER FUND, LTD.,

        Plaintiff,

        v.

PARETEUM CORPORATION, ROBERT H. TURNER, EDWARD O'DONNELL, DENIS MCCARTHY, VICTOR BOZZO, ROBERT LIPPERT, YVES VAN SANTE, and LUIS JIMENEZ-TUNON,

        Defendants.
---------------------------------------------------------------------------X

**ORDER REGULATING PROCEEDINGS**

Case No. 1:19-cv-10460

Alvin K. Hellerstein, U.S.D.J.:

In a series of letters in may and July 2021, counsel submitted requests to hold a conference. ECF Nos. 31, 32, 33. A conference was held on October 6, 2021, and the above-captioned case is currently stayed. Accordingly, the Clerk shall terminate ECF Nos. 31, 32, 33.

SO ORDERED.
Dated: February 24, 2022
New York, NY

                                    /s/
                           Alvin K. Hellerstein United States District Judge

*See Parker v. Dawson*, No. 06-CV-6191 JFB WDW, 2007 WL 2462677, at *4 (E.D.N.Y. Aug. 27, 2007) (granting stay of all proceedings due to ongoing government investigation).

Pareteum has been engaged in mediation to try to resolve this litigation but has been hampered by the two factors referenced above. The parties believe that a stay of this action will help to preserve scarce resources, including liability insurance assets, while the parties await further clarity on ongoing government investigation and the financial condition of Pareteum.

As noted above, Plaintiff does not oppose this relief. Additionally, Individual Defendants Robert H. Turner, Edward O'Donnell, Victor Bozzo, Denis McCarthy, Robert Lippert, Yves Van Sante, and Luis Jimenez-Tunon do not oppose this Motion. The parties will report to the Court on the status of this matter within ninety (90) days of entry of an Order staying the proceedings.

Dated: February 4, 2022                                  **MCGUIREWOODS LLP**

*/s/ Stephen G. Foresta*
Stephen G. Foresta
Jeffrey J. Chapman
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
Telephone: (212) 548-7060
Facsimile: (212) 715-6277
sforesta@mcguirewoods.com
jchapman@mcguirewoods.com

*Attorneys for Defendant Pareteum Corporation*

TO: Counsel of Record (Via ECF)