**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------- x

SABBY VOLATILITY WARRANT
MASTER FUND LTD.,

              Plaintiff,

   v.

PARETEUM CORPORATION, ET AL.,

             Defendants.

------------------------------- x

**ORDER**

Case No. 1:19-CV-10460(AKH)

**ORDER GRANTING WITHDRAWAL OF APPEARANCE OF**
**CHARDAIE C. CHARLEMAGNE**

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Chardaie C. Charlemagne, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendants Robert Lippert and Luis Jimenez-Tunon.

**SO, ORDERED**

/s/ Alvin K. Hellerstein
_____
      U.S.D.J.

April 1, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SABBY VOLATILITY WARRANT MASTER FUND LTD., | Case No. 1:19-CV-10460(AKH) |
| Plaintiff, | |
| v. | **DECLARATION OF CHARDAIE C. CHARLEMAGNE** |
| PARETEUM CORPORATION, ET AL., | |
| Defendants. | |

---

I, Chardaie C. Charlemagne, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a associate with the law firm of Baker & Hostetler LLP, attorneys for Defendants Robert Lippert and Luis Jimenez-Tunon in this case. I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Chardaie C. Charlemagne.

2. Mr. Robert Lippert and Mr. Luis Jimenez-Tunon have been informed of my withdrawal as counsel, and do not oppose the withdrawal.

3. On November 11, 2019, Plaintiff Sabby Volatility Warrant Master Fund Ltd., commenced this action. (ECF No. 1.) On November 1, 2021, Plaintiff filed the First Amended Complaint (ECF No.35). On November 15, 2021, Defendants Answered the Amended Complaint (ECF No. 52).

4. Defendant's counsel Stephen Foresta, Jeffrey Chapman of McGuire Woods LLP and James Goldfarb, Jonah Hecht and Michael Rella of Murphy & McGonigle PC will continue to represent these Defendants in this case. (ECF Nos. 8, 9, 57,58 and 59.) I am no longer representing these Defendants in this action.

5. I am not asserting a retaining or charging lien in this action.

Respectfully submitted,

/*s/ Chardaie C. Charlemagne*
BAKER HOSTETLER LLP
Chardaie C. Charlemagne